UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE POLLINGTON,

                Plaintiff,          Civil Action No. 16-10812
                                            Honorable John Corbett O'Meara
v.                                          Magistrate Judge David R. Grand

G4S SECURE SOLUTIONS (USA), INC.
and KEVIN BAKER,

                Defendants.
_____/

## ORDER GRANTING DEFENDANT G4S SECURE SOLUTIONS (USA) INC.'S MOTION TO COMPEL [13]

Before the Court is a Motion to Compel responses to its First Set of Interrogatories and Requests for Production of Documents, filed by Defendant G4S Secure Solutions (USA), Inc. ("G4S") on September 14, 2016. [13]. Plaintiff Denise Pollington has not filed a response.

On April 25, 2016, G4S served Pollington with its First Set of Interrogatories and Requests for Production of Documents. [*Id.* at 5]. Pollington failed to respond to G4S's written discovery requests by the May 28, 2016 deadline, and has failed to meet other agreed-upon deadlines for production of the discovery. [*Id.* at 5-6]. This apparently owes to the death of Plaintiff's counsel's mother, and related personal matters [*Id.*].

In its instant motion, G4S requests an order from the Court compelling Pollington to serve G4S with her responses to its First Set of Interrogatories and Requests for Production of Documents, pursuant to Fed. R. Civ. P 37 and E.D. Mich L.R. 7.1 and 37.1. [*Id.* at 1, 8-9].

On September 16, 2016, the Court held a telephonic conference with counsel, and it was agreed that Pollington could have until September 26, 2016, to produce the requested discovery. Counsel also agreed to reschedule Pollington's deposition, which is necessary to give G4S time

2

to review Pollington's discovery responses.

Accordingly, **IT IS ORDERED** that Defendant G4S's Motion to Compel **[13]** is **GRANTED**.  Pollington shall serve G4S with her responses to its First Set of Interrogatories and Requests for Production by **September 26, 2016**.  Counsel and the parties shall work cooperatively to reschedule Pollington's deposition.

**IT IS SO ORDERED.**

Dated: September 16, 2016  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 16, 2016.

s/William Barkholz for Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager